# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

**In Re:** Babin v. Stepanian  **Case/AP Number** 15-01139 -FJB
**Chapter**

#7 Motion filed by Defendant Philip I. Stepanian to Dismiss Adversary Proceeding (Re: 1 Complaint)
#13 Opposition filed by Plaintiff Wilbur J Babin

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied   _____Denied without prejudice   _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order   _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

By an order dated December 31, 2015, this Court afforded the Plaintiffs an opportunity to amend their complaint to:

(1) plead with specificity the alleged misrepresentations that form the basis of Count II, failing which the portion of Count II that relies on a theory of fraudulent misrepresentation would be dismissed with prejudice;

(2) add certain individuals as party plaintiffs; and

(3) clarify the standing of certain Plaintiffs, failing which the complaint would be dismissed with prejudice with respect to those Plaintiffs.

No amended complaint has been filed. Accordingly, the Defendant's motion to dismiss is hereby allowed, in part, as follows:

(1) The portion of Count II of the complaint that relies on a theory of fraudulent misrepresentation is hereby dismissed; and

(2) The complaint is hereby dismissed as to the following Plaintiffs: Porter-Batiste-Stoltz, LLC, George Porter Jr., Brian H. Stoltz, and David Russell Batiste Jr.

The Defendant's motion to dismiss is hereby denied as to all remaining plaintiffs, all remaining counts, and those portions of Count II that do not rely on a theory of fraudulent misrepresentation.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*   Dated: 02/24/2016

Frank J. Bailey
United States Bankruptcy Judge